UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALIEF BRADFORD ALSO KNOWN AS
ZABAR BEEBE,

                          Plaintiff,

            -against-

ALIEF ALLAH BEY ALSO KNOWN AS
GREGORY BEEBE,

                          Defendant.

26-cv-1573 (LLS)

CIVIL JUDGMENT

For the reasons stated in the March 5, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 4, 2026
         New York, New York

                                          /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                          United States District Judge